IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SYLVESTER MITCHELL,

  Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2967

Opinion filed January 15, 2015.

Certiorari – Original Jurisdiction.

Sylvester Mitchell, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

  DENIED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.